## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kristine P. McConoughey                              CHAPTER 13
                  Debtor(s)

                                      BKY. NO. 26-70115 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
07 Apr 2026, 12:27:49, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 11ccc4116062db051fc7c3f0065c0ff6576fc4b7fb0afc0fdd40a40a9345e18d