Kristine P. McConoughey
Case No. 26-70115-JAD

Mechanical Services Industries LLC
PO Box 3697
Frederick, MD 21705
240-801-0045
msiflorczyk@aol.com

Kristine McConoughey
5027 Riverview Road
Everett, PA 15537

Direct Deposit

---

| Employee Pay Stub | | | | Pay Period: 03/21/2026 - 03/27/2026 | | | Pay Date 03/31/2026 |
|---|---|---|---|---|---|---|---|

**Employee**

Kristine McConoughey, 5027 Riverview Road  Everett, PA 15537

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,000.00 | 2,000.00 | | | | 854.80 |
| Straigt Time | | | | 125.00 | | | | |
| | 0.00 | | 1,000.00 | 2,125.00 | **Sick** | **Accrued** | **Used** | **Available** |
| **Taxes** | | | **Current** | **YTD Amount** | Current | 0:00 | 0:00 | 80:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | YTD | 0.00 | | |
| Federal Withholding | | | -38.00 | -89.00 | **Vacation** | **Accrued** | **Used** | **Available** |
| Social Security Employee | | | -62.00 | -131.75 | Current | 0:00 | | 80:00 |
| Medicare Employee | | | 14.50 | 30.8* | YTD | | | |
| PA - Withholding | | | -30.70 | -65.24 | **Memo** | | | |
| | | | -145.20 | -316.80 | Direct Deposit | | | |
| **Net Pay** | | | **854.80** | **1,808.20** | | | | |

Mechanical Services Industries LLC, PO Box 3697, Frederick, MD 21705, 240-801-0045  msiflorczyk@aol.com

Powered by **Intuit Payroll**

Mechanical Services Industries LLC
PO Box 3697
Frederick, MD 21705
240-801-0045
msiflorczyk@aol.com

Kristine McConoughey
5027 Riverview Road
Everett, PA 15537

Direct Deposit

| Employee Pay Stub | | | | Pay Period: 03/14/2026 - 03/20/2026 | | Pay Date 03/24/2026 | |
|---|---|---|---|---|---|---|---|

**Employee**

Kristine McConoughey, 5027 Riverview Road  Everett, PA 15537

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1 000.00 | 1,000.00 |
| Straight Time | 5.00 | 25.00 | 125.00 | 125.00 |
| | 5.00 | | 1 125.00 | 1,125.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -51.00 | -51.00 |
| Social Security Employee | -69.75 | -69.75 |
| Medicare Employee | 16.31 | 16.31 |
| PA - Withholding | -34.54 | -34.54 |
| | -171.60 | -171.60 |

**Net Pay**    953.40    953.40

| Direct Deposit | | | Amount |
|---|---|---|---|
| | | | 953.40 |

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | 0.00 | 80.00 |
| YTD | 0.00 | | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 80.00 |
| YTD | | | |

**Memo**

Direct Deposit