Certificate Number: 03621-PAW-DE-040897281

Bankruptcy Case Number: 26-70115



03621-PAW-DE-040897281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2026, at 1:22 o'clock PM EDT, Kristine Pluchino McConoughey completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 24, 2026                By:     /s/Wafaa Elmaaroufi

Name:  Wafaa Elmaaroufi

Title:   Credit Counselor